## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

IN RE:                                                          CHAPTER 13 PROCEEDING:
FERNANDO AGUIRRE JR                                             08-70507-M-13
DEBTOR

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1.   Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Aug 28, 2008.

2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4.   Trustee has been unable to locate the following Debtor at the address listed below.

FERNANDO AGUIRRE JR
1711 WEST 22 1/2 ST
MISSION, TX  78572

5.   As a result, funds owed to the Debtor in the amount of $439.36 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Tue, June 22, 2010

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#298

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

IN RE:                                                                    CHAPTER 13 PROCEEDING:
FERNANDO AGUIRRE JR                                         08-70507-M-13
DEBTOR

**CERTIFICATE OF SERVICE**

    I, Cindy Boudloche , do hereby certify that on Jun 22, 2010, a copy of the foregoing Motion to Pay Funds into Court Registry was served electronically or by United States Mail to the parties listed below :

Cindy Boudloche,Chapter 13 Trustee

FERNANDO AGUIRRE JR                                         MALAISE LAW FIRM PC (ER)
1711 WEST 22 1/2 ST                                              1265 N EXPRESSWAY 83
MISSION, TX  78572                                               BROWNSVILLE, TX  78520